# United States Court of Appeals for the Fifth Circuit

————————

No. 25-50124
Summary Calendar

————————

United States Court of Appeals
Fifth Circuit

**FILED**

July 28, 2025

Lyle W. Cayce
Clerk

Eve Escobedo,

*Plaintiff—Appellant*,

*versus*

Mario Orellana; Graham Media Group, San Antonio, Inc. *doing business as* KSAT 12; Niece Bell; Southern Newspapers Inc. doing business as New Braunfels Herald Zeitung,

*Defendants—Appellees*.

————————————————————————

Appeal from the United States District Court
for the Western District of Texas
USDC No. 5:24-CV-1319

————————————————————————

Before Smith, Clement, and Wilson, *Circuit Judges*.

Per Curiam:[*]

After reviewing the parties' briefs and the record, we find no reversible error. We AFFIRM. *See* 5th Cir. R. 47.6.

———————————————

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.